Kara M. Hayes, Esq.
Nevada Bar No. 5664
ALLING & JILLSON, LTD.
276 Kingsbury Grade, Suite 2000
Post Office Box 3390
Stateline, NV  89449-3390
Ph.  (775) 588-6676 ✦ Fax (775) 588-4970
khayes@ajattorneys.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRESCO INVESTMENTS, LLC, a Nevada limited liability company, BRESCO INVESTMENTS III, LLC, a Nevada limited liability company, BRESCO INVESTMENTS V LLC, a Nevada limited liability company, and BRESCO INVESTMENTS VI, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>OLIVER PARK GENERAL IMPROVEMENT DISTRICT, a Nevada general improvement district, OLIVER PARK GENERAL IMPROVEMENT DISTRICT BOARD OF TRUSTEES, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:25-cv-00390-ART-CLB<br><br><br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs BRESCO INVESTMENTS, LLC, a Nevada limited liability company, BRESCO INVESTMENTS III, LLC, a Nevada limited liability company, BRESCO INVESTMENTS V LLC, a Nevada limited liability company, and BRESCO INVESTMENTS VI, LLC, a Nevada limited liability company (collectively "Bresco"), and Defendants OLIVER PARK GENERAL IMPROVEMENT DISTRICT, a Nevada general improvement district, OLIVER PARK GENERAL IMPROVEMENT DISTRICT BOARD OF TRUSTEES (collectively

- 1 -
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Alling & Jillson, Ltd.
Post office Box 3390 ◊ 276 Kingsbury Grade
Lake Tahoe, Nevada 89449
PH (775) 588-6676 ◊ FX (775) 588-4970

"OPGID"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.    The parties have reached a full and final settlement of all claims and disputes asserted in this action.

2.    All obligations required under the parties' settlement agreement have been fully performed.

Accordingly, Bresco and OPGID hereby stipulate that this action, including all claims against OPGID, and any other claims or counterclaims between the parties in this action, shall be dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: July 1, 2026.

Respectfully Submitted,

ALLING & JILLSON, LTD.

By: _____
Kara M. Hayes, Esq., SBN 5664
276 Kingsbury Grade, Suite 2000
Post Office Box 3390
Stateline, NV 89449
khayes@ajattorneys.com
*Attorneys for Defendants*

Dated: July 1, 2026.

ROBERTSON, JOHNSON,
MILLER & WILLIAMSON

/s/ Anthony Arger, Esq.
By: _____
Richard D. Williamson, Esq., SBN 9932
Anthony Arger, Esq., SBN 13660
50 W. Liberty Street, Suite 600
Reno, NV 89501
rich@nvlawyers.com
anthony@nvlawyers.com
*Attorneys for Plaintiffs*

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Alling & Jillson, Ltd.
Post office Box 3390 ◊ 276 Kingsbury Grade
Lake Tahoe, Nevada 89449
PH (775) 588-6676 ◊ FX (775) 588-4970

## ORDER

Pursuant to the parties' stipulation and Rule 41(a) of the Federal Rules of Civil Procedure, this action is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated this 6th day of July, 2026

_Anne Rassel Traum_

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Alling & Jillson, Ltd.
Post office Box 3390 ◊ 276 Kingsbury Grade
Lake Tahoe, Nevada 89449
PH (775) 588-6676 ◊ FX (775) 588-4970

- 3 -

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

## CERTIFICATE OF SERVICE

Pursuant to *Federal Rules of Civil Procedure 5(b)*, I certify that I served a true and correct copy of the **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** by U.S. Mail and by filing electronically via the Court's CM/ECF system on the 2nd day of July, 2026, to:

Richard D. Williamson, Esq.
Anthony G. Arger, Esq.
Robertson, Johnson, Miller & Williamson
50 W. Liberty Street, Suite 600
Reno, Nevada 89501
Rich@nvlawyers.com
Anthony@nvlawyers.com

FELIPE BAKR for:
ALLING & JILLSON, LTD.

**Alling & Jillson, Ltd.**
Post office Box 3390 ◊ 276 Kingsbury Grade
Lake Tahoe, Nevada 89449
PH (775) 588-6676 ◊ FX (775) 588-4970

- 4 -
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE